JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TYDRICK DEVON CARR, | Case No. EDCV 17-00234 JLS (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| W.L. MONTGOMERY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: November 21, 2017

_____
JOSEPHINE L. STATON
United States District Judge